

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Julian A. Bell

_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook County Municipality, Thomas Dart, Dr. DeFuniak Paramedic John Doe Nurse Jane Doe Officer, Mineo

(Enter above the full name of ALL defendants in this action. **Do not use "et al."**)

RECEIVED

AUG 1 0 2016 AB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-8030
Judge Milton I. Shadur
Magistrate Judge Sheila M. Finnegan
PC5

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. Plaintiff(s):
   A. Name: Julian A. Bell
   B. List all aliases: Carl Adams only once in life
   C. Prisoner identification number: 20160429099
   D. Place of present confinement: Cook County Jail
   E. Address: 2600 S. California Ave. Chicago, IL, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Thomas Dart
      Title: Sheriff of Cook County
      Place of Employment: Chicago, IL. Cook County

   B. Defendant: Mr. DeFuniak
      Title: "Doctor" at Cook County Jail
      Place of Employment:

   C. Defendant: Nurse John Doe
      Title: Nurse
      Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: 1979-81 Filed Case Incompetance of Counsel. Docket ??

  B. Approximate date of filing lawsuit: 1979-82

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Julian Bell was plaintiff

  D. List all defendants: Defendant was Melvyn L. Segal Attorney was with Public Defenders Office

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

  F. Name of judge to whom case was assigned: Judge Hubert Will U.S. District Court for Northern District of Illinois

  G. Basic claim made: Trial Attorney Melvin Segal referred to plaintiff's criminal history 6 times during a jury trial. Writ of Habeas Corpus

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Charge was Reversed and Remanded back to Circuit Court, Nolle Pros no charges or action still pending

  I. Approximate date of disposition: 1980

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Page 3 continued.. **List All Lawsuits**

A. Case-docket number: 1994 Fractured my Spine at work

B. Approximate date of Filing: 1994

C. List all plaintiffs: Julian Bell

D. List all defendants: MQ Construction Co.

E. Court in which the lawsuit was filed: U.S. District Court For the Northern District of Illinois

F. Name of Judge to whom case was assigned: Can't Remember

G. Basic Claim made: Negligence in OSHA Safety on Job site

H. Disposition of this Case: My attorney Mr. Christian conspired with the opposition and withdrew from the case.

I. Approximate date of disposition: 1995

Page 3 Continued.. **List All Lawsuits**

A. Name of case and docket number: On Casino bus-Accident

B. Approximate date of Filing: 2011-2013

C. List all Plaintiffs: Julian Bell

D. List all defendents: Royal bus Company (I believe) Employed by Horse Shoe casino

E. Court in which lawsuit was filed: U.S. District Court For the Northern District of Illinois

F. Name of Judge to whom case was assigned: ? Can't Recall ?

G. Basic Claim made: Whiplash From Sudden Stop

H. Disposition of this case: Royal bus Awarded settlement

I. Approximate date of disposition: 2011-2013

## List All Lawsuits

A. Name of case and docket number: Trip and Fall 2014 — Negligence

B. Approximate date of filing lawsuit: 2014

C. List all plaintiffs: Julian Bell

D. List all defendants: Mariono's Fresh Market

E. Court in which lawsuit was filed: U.S. District Court for the Northern District of Illinois

F. Name of Judge to whom case was assigned: My attorney made all appearances in court; don't know the judges name

G. Basic claim made: Trip and fell, broke wrist in Marionos Fresh Market. "Negligence". Metal object left on floor.

H. Disposition of this case: Still pending; have had no contact with my attorneys on this case since my incarceration

I. Approximate date of disposition: NA



IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

FACTS: On April 29 2016, Plaintiff was booked into Cook County Jail as a pretrial detainee. Plaintiff was seen by the doctors in the Jails Department of Receiving. I was housed in Cermak Hospital. I have Chronic High blood Pressure, Hepititus "C" And a collapsed spine.

[A. High Blood Pressure: Was not given medicines to subdue my high Blood Pressure a night nurse had to make an emergency call for me to a doctor my blood pressure was 172/104; 104 being the low number.

[B. Hepititus "C": Upon Entering the Jail, I informed doctor's I was on a special medicine named "Harvoni". I was instructed by my doctor's at "Rush Hospital" not to miss a day of this medication Cook County failed to live up to the standard of my prescribed medicine thereby to properly treat a serious medical need.

4

Revised 9/2007

B.

[C. **Collapsed Spine:** I informed medical staff in the Receiving Department that I have a collapsed spine and that I take a special medication named "Alendronate." This medicine is to strengthen my bone density to prevent further collapse of my spinal vertebra. It is to be taken daily without delay. Instead Dr. Defuniak prescribed to me Vitamin "D" My Doctors told me not to take Vitamin Supplements along with this medication. Thereby the Cook County Jail failed to provide adequate medical care for my Spinal Condition.

[D. **Pulmonary Embolism:** One night while housed in Lermak Hospital - 3 - west Room 3213 I was awakened by the smell of thick smoke. I informed officer "Mineo" while I banged on the door, that I could not breathe. My chest began hurting, I felt like vomiting my head was hurting, blood pressure was high. The next day [OR SO] I was taken to Stroger Hospital. The doctors found a spot where my right lung had been

5

damaged. Doctors At Stroger Hospital asked me repeatedly did I smoke I said no. And I don't. They said I have a pulmonary embolism. A blood clot on my lung. I was in extreme pain on my right side with each breath. I was admitted to Stroger for 3 or 4 days. I have never had a blood clot in my life anywhere on my body. My doctors at Rush can confirm this. After submitting numerous request to be evaluated by a pulmonary specialist I have been denied adequate medical care. Since medical staff here at the Jail have had prior knowledge of my medical needs and have failed to adequately address my condition; pursuant to the 8th Amendment of the U.S. Constitution. The medical staff has been deliberately indifferent to my medical well being; cruel and

D.

Unusual Punishment Pursuant to 42 U.S.C. And 1983, Pursuant to 8th Amendment of U.S. Constitution Plaintiff at 69 years of age has had no prior history of Blood clots. A combination of events and circumstance's concerning medical staff's attitude of deliberate indifference has brought on a health condition that is degenerative upon the Plaintiff. A pulmonary Embolism that nearly took plaintiffs life. Plaintiff suffered sufficiently injury as a result of being kept locked in a smoke filled Hospital Room of which Plaintiff made officer Mineo aware of.

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM Asking $800,000 in Punitive damages against Sheriff Thomas Dart And Dr. DEFuniak in their individual And official capacities. Also same Relief includes officer "Mineo" who would not let me out of the Room to breathe

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25 day of July, 20 16

*Julian Bell*
(Signature of plaintiff or plaintiffs)

Julian Bell
(Print name)

20160A29099
(I.D. Number)

2650 S. California Ave
Chicago, IL 60608
(Address)

6

Revised 9/2007

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

due to Pain And suffering From my damaged Right lung, I ask the court to Award me $800,000, my lungs may never heal From the incident of smoke in my room.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5 day of Aug., 20 16

Julian Bell
(Signature of plaintiff or plaintiffs)

Julian Bell
(Print name)

Cook County- 20160429099
(I.D. Number)

Stateville Prison my number is A01824
(Address)

6

Revised 9/2007

A..

NOTE: A

To: The Clerk of the U.S. District Court For the Northern District of Illinois

July 25, 2016

Petitioner: Julian Bell
CCDOC ID no: 20160429099

Petitioner:
Plaintiff: Julian Bell
IDOC ID no AO1824

This complaint is against Cook County Sheriff, Dr. Defuniak, And Officer; Mineo; Since I had completed Filling out the 1983 civil complaint Forms, I have since been placed in the Illinois Department of Corrections. July 21, 2016 Received Illinois Dept. of Corrections, I pray this note is sufficient notice of my location.

Julian Bell

B.

Julian Bell #A01824
Stateville Correctional Center
P.O. Box 112
Joliet, Illinois 60434

Note: B

May I apprise the clerk that it is hard to get exact dates pertaining to mailing or filing dates of petitioners claim. While I am housed in NRC (Statevilles Receiving and diagnostic center) I pray this petition will go forward. Thank you, May the Lord Bless.

*Julian Bell*

NOTE C.

TO: The CLERK OF the US. District Court FOR The Northern District of Illinois

I Am in STATEVILLE PRISON in Receiving. I HAVE REQUESTED That my trust Fund be properly handed To the Satisfaction of the Certificate on last PAGE OF my Petition; they will not Respond. I Am on disability; you may charge my court cost to TCF BANK where my Account is OR Social Serity office. Please Allow this Petition to go through. I will visit The CLERKS office upon my Release I will PAY FOR A Copy of All Contained in this Petition. I LEAVE this prison 8-13-2016

5

Revised 9/2007