PRISONER CORRESPONDENCE

Case: 1:16-cv-08030 Document #: 6 Filed: 08/18/16 Page 1 of 1 PageID #:30

OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

IL 604
15 AUG '16
PM 1 L

neopost
08/11/2016
US POSTAGE $000.67⁵

FIRST-CLASS MAIL
DC

ZIP 60604
041M11270962
2016 AUG 18 PM 2:12

16cv8030
New Case Filing Doc's.

RECEIVED
AUG 1 8 2016 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT TM

Julian A. Bell
A-01824

Stateville STV
P.O. Box 112
Joliet, IL

RETURN TO SENDER
INMATE HAS BEEN
DISCHARGED OR PAROLED

par