In the United States District
Court For the Northern District of
Illinois
Eastern Division

**FILED**
AUG 31 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Julian Bell, Plaintiff

v.

Cook County Municipality, et al

Case No
16 C 8030

Date:
Saturday August 27, 2016

Note: to the Court and Clerk of the Court.

Please Allow Plaintif to make this note of positive and Address of Plaintiff:

Julian Bell
P.O. Box 24809
Chicago, IL 60624

August 20, 2016

Plaintiff humbley and respectfully simply wishes to remind and/or apprise the court that the municipalities state or county have poor regard for a plaintiffs judicially regulated time guidelines as well of court regulated deadlines. The plaintiff must grapple the stresses of introducing his concerns to the court as best he can while incarcerated without the assistance of counsel. Secondly the plaintiff Julian Bell is not currently incarcerated and will gladly make court appearances as it pleases the court. However at this juncture of these proceedings the plaintiff Julian Bell wishes to place emphasis on his "Motion for Appointment of Counsel." Thank you and God bless us all.

Julian Bell