# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **JULIAN A. BELL**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 8030 |
| | ) |
| **COOK COUNTY MUNICIPALITY**, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On September 2 this Court issued a brief memorandum order ("Order II") that followed up on the August 18 memorandum order ("Order I") that had directed to the attention of pro se plaintiff Julian Bell ("Bell") a number of aspects of his earlier filings "that require early attention." Because at the time Order II was issued one of this Court's regular reviews of ECF filings had disclosed that Bell had provided a P.O. Box No. as his current mailing address, this Court sent Bell copies of both Order I and Order II to that new address.

Silence then descended until this Court spotted another relevant ECF entry -- this one dated September 19 -- that revealed that only then had the Clerk's Office taken cognizance of Bell's new mailing address (which, as stated in the preceding paragraph, this Court had noted more than two weeks earlier based on a Clerk's Office entry!), so that the Clerk's Office had then re-mailed a copy of Order II to that P.O. Box address. This memorandum order will not pause to inquire as to why that is so -- instead Bell is notified that the Order II conclusion calling "for his prompt attention to curing the deficiencies described there" (that is, described in Order I) is now made more specific by ordering him to file a response curing those deficiencies on or before

October 10, failing which this Court would be constrained to dismiss Bell's Complaint and this action for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 23, 2016