IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIAN A. BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 8030 |
| | ) | |
| COOK COUNTY MUNICIPALITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This Court has issued no fewer than three memorandum orders (Order I dated August 18, 2016, Order II dated September 2 and Order III dated September 23) that repeatedly directed to the attention of pro se plaintiff Julian Bell ("Bell") a number of aspects of his earlier filings "that require early attention." That multiplicity was occasioned by Bell's belated provision of a P.O. Box No. as his current mailing address, coupled with the Clerk's Office's error in having failed to take cognizance of that new mailing address. Because Order II had already been re-mailed to Bell's P.O. Box address, Order III concluded "by ordering him to file a response curing those deficiencies on or before October 10, failing which this Court would be constrained to dismiss Bell's Complaint and this action for want of prosecution."

October 10 has come and gone, and a current review of the docket in the case reveals that Bell has paid no attention to the last-quoted order. Accordingly, as forecast in Order III, both Bell's Complaint and this action are dismissed for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 13, 2016